# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV-17-1717-R<br>USBC Central District of California at Riverside,<br>6:17-bk-15186 MH | Date | January 17, 2018 |
| Title | In Re Brian Joseph McCarthy | | |

Present: The Honorable   Manuel L. Real, U.S. District Court Judge

| Christine Chung | NONE | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

none        none

**Proceedings:**        (IN CHAMBERS)   ORDER TO SHOW CAUSE RE: BANKRUPTCY APPEAL

The appeal in the above bankruptcy matter has been assigned to the Court of Honorable Manuel L. Real. Bankruptcy Rule 8001(a) requires that Appellant file notice of the appeal with the Clerk of the Bankruptcy Court within fourteen (14) days of the date of entry of the Order, Judgment or Decree from which the appeal is taken. Failure to timely file the notice deprives the Court of jurisdiction. In the Matter of Ramsey, 612 F.2d 1220, 1222 (9th Cir. 1980).

Within fourteen (14) days after filing the notice of appeal, the appellant must file a statement of the issues on appeal and the notice re: ordering of the reporter's transcript or waiver thereof with the Clerk of the District Court. Bankruptcy Rule 8006.

Within fourteen (14) days after the filing of the statement, Appellant must file the reporter's transcript, if required, with the Clerk of the Bankruptcy Court. Within fourteen (14) days of the filing of the transcript or the notice that a transcript is not needed, Appellant must file and serve the appeal brief and excerpts of record. Within fifteen (15) days after service of the Appellant's brief, the Appellee must file and serve the appellee brief. Bankruptcy Rule 8009(a)(2).

Within fourteen (14) days after service of the reply brief, the Appellant must notify the Courtroom Deputy of Judge Real that the record is complete for the purposes of the appeal, so that the appeal may be calendared for oral argument or taken under submission.

It appears from the record in this matter that the following documents and/or filing fee, as indicated below, were not filed on the above-captioned appeal as required by FRBP 8003 and 8009: :
- [X]   Appellant has failed to submit:
- [X]   the statement of issues on appeal.
- [X]   file the Designation of Record.
- [X]   pay the filing fee [28 USC Section 930(b) and (c)]
- [X]   Notice of Transcript
- [X]   Transcript

Accordingly, Appellant is hereby ordered to show cause in writing, on or before **January 22, 2018** why this appeal should not be <u>dismissed</u> for lack of prosecution. Failure to respond will result in a dismissal of this case. If the required action has been taken, no further response to the order to show cause is necessary.

|  | 0 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CCH |